IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:07CR00030-001 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KEVIN J. WITASICK, ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |

Before me are the Defendant's three post-trial motions: Amended Motion For Acquittal Or, In The Alternative, For A New Trial [Docket #226], Motion For New Trial Pursuant To Federal Rule Of Criminal Procedure 33 [Docket #227], and Motion For Acquittal And/Or For A New Trial On The Grounds Of A Constructive Amendment Of The Indictment And/Or Fatal Variance [Docket #225]. The Government has filed a response [Docket #230] to the motions and arguments contained therein, and the Defendant has filed a reply [Docket #235].

For the reasons contained in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** that the Defendant's three aforementioned motions are **DENIED**.

The Clerk is directed to send a copy of this *Memorandum Opinion* and the accompanying *Order* to all counsel of record.

Entered this 18th day of August, 2009.

    s/Jackson L. Kiser
    Senior United States District Judge

1