IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA,      )
                                )  Case No. 4:07CR00030
          Plaintiff,         )
                                )
v.                                )  **ORDER**
                                )
KEVIN J. WITASICK,         )
                                )  By: Jackson L. Kiser
          Defendant.      )     Senior United States District Judge
                                )

Before me are Defendant's four post-trial motions: Motion for Acquittal Based on Rule 29 of the Federal Rules of Criminal Procedure [Docket No. 330]; Motion for Acquittal and/or a New Trial on Count 9 on the Grounds of a Constructive Amendment of the Indictment and/or Fatal Variance [No. 331]; Motion to Dismiss the Indictment as it Fails to State an Offense for Which Defendant Can be Convicted [No. 332]; and Motion for a New Trial in the Interest of Justice Under Federal Rule of Criminal Procedure 33 [No. 333].  The government filed an omnibus response to all four motions [No. 337].  On March 5, 2010, I heard oral arguments an all four motions in open court.

For reasons set forth in the record and in the accompanying Memorandum Opinion, I will **DENY** all four motions.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 22nd day of March, 2010.

s/Jackson L. Kiser         
Senior United States District Judge